UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PUBLIX SUPER MARKETS, INC., and
PUBLIX SUPER MARKETS INC.
GROUP HEALTH BENEFIT PLAN

    Plaintiffs,

v.                                            Case No: 8:25-cv-2283-KKM-AEP

ABA CARES OF FLORIDA LLC,
d/b/a ABA CENTERS OF FLORIDA,
LLC, and ABA CENTERS OF
GEORGIA, LLC,

    Defendants.
_____

## ORDER

Defendants ABA Cares of Florida, LLC, (doing business as ABA Centers of Florida, LLC) and ABA Centers of Georgia, LLC, seek to transfer this action to the United States District Court for the Southern District of Florida. Defendants argue for transfer under the "first-to-file" rule because an action concerning substantially the same parties and issues was pending when plaintiffs filed this action.[1] Mot. to Transfer or Dismiss ("Motion") (Doc. 30) at

---

[1] Alternatively, the defendants seek to have the complaint dismissed for (1) failure to bring a compulsory counterclaim; (2) failure to state a claim. Mot. at 6–8 (compulsory counterclaim), 8–29 (failure to state a claim).

3–5. Plaintiffs Publix Super Markets, Inc., and Publix Super Markets Inc. Group Health Benefit Plan dispute that the "first-to-file" rule applies. Resp. (Doc. 31) at 5–7. Instead, plaintiffs consent to transfer on grounds of convenience under 28 U.S.C. § 1404(a). *Id.* at 7–8. Because both parties agree to transfer and "a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented," 28 U.S.C. § 1404(a), the defendants' Motion to Transfer (Doc. 30) is **GRANTED**. The Clerk is directed to **TRANSFER** this case to the Southern District of Florida for all further proceedings. Following transfer, the Clerk is directed to terminate any pending deadlines and to **CLOSE** the case.

**ORDERED** in Tampa, Florida, on October 22, 2025.

Kathryn Kimball Mizelle
United States District Judge